## UNITED STATES
## v.
## GEORGE HOFFMAN, HARRIS H. HICKMAN, WILLIAM ROBISON, ROBERT SMART, JAMES McCLOSKEY AND WILLIAM WATSON

### 1808

### Journal Entries

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 161
2. Nolle prosequi; discharge . . . . . . . . . . " 178

### Papers in File
[None]

## UNITED STATES
## v.
## GEORGE HOFFMAN, HARRIS H. HICKMAN, WILLIAM ROBISON, ROBERT SMART, JAMES McCLOSKEY AND WILLIAM WATSON

### 1808

### Journal Entries

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 161
2. Pleas; sentences (Hoffman and Smart) . . . . . . " 169
3. Nolle prosequi; discharge . . . . . . . . . . " 178

### Papers in File
[None]

## UNITED STATES
### v.
### GEORGE HOFFMAN, HARRIS H. HICKMAN, WILLIAM ROBISON, ROBERT SMART, JAMES McCLOSKEY AND WILLIAM WATSON

### 1808

#### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 161
2. Nolle prosequi; discharge . . . . . . . . . . " 178

#### PAPERS IN FILE
[None]

## UNITED STATES
### v.
### GEORGE HOFFMAN, HARRIS H. HICKMAN, WILLIAM ROBISON, JAMES McCLOSKEY AND WILLIAM WATSON

### 1808

#### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 161
2. Nolle prosequi; discharge . . . . . . . . . . " 178